UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 2018 AUG -1 P 1: 20 |
| ) | |
| v. ) | No. 1:16-cr-193-01-SM |
| ) | |
| WILLIAM SUMMERS ) | |

SUPERSEDING INFORMATION

The United States Attorney charges:

COUNT ONE
(18 U.S.C. § 401(1)--Criminal Contempt)

Between March 2012 and June 2015, in the District of New Hampshire, the defendant, William Summers, intentionally engaged in misbehavior to obstruct the administration of justice, in the presence of the United States District Court for the District of New Hampshire, by improperly representing E.R. in this Court and providing misleading testimony about that representation. All in violation of 18 U.S.C. §401(1).

Dated: August 1, 2018

SCOTT W. MURRAY
United States Attorney

By: _____
Seth R. Aframe
Assistant United States Attorney